IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ERIEN L. FRAZIER | * | |
| | * | |
| v. | * | Civil No. – JFM-15-3785 |
| | * | |
| TRANS UNION, LLC, ET AL. | * | |

## MEMORANDUM

Codefendants Atlantic Union College ("AUC") and Atlantic Union Conference Association of Seventh-day Adventists ("Atlantic Union Conference") have moved to dismiss the *pro se* complaint filed by plaintiff. Plaintiff has responded. The motion will be granted. There is no personal jurisdiction over the defendants.[1] AUC has had no contacts with Maryland other than to recruit applicants, and plaintiff has conceded that recruiting activities are not sufficient to give rise to personal jurisdiction. Atlantic Union Conference has had no contacts with Maryland. Plaintiff has not made sufficient allegations to show that Atlantic Union Conference is the parent of AUC and, even assuming that she has done so, has not made any allegations that would justify piercing the corporate veil. In her memorandum opposing the motion plaintiff appears to contend that the fact that Atlantic Union Conference's president goes to Maryland several times a year to visit the Seventh-day Adventists world headquarters in Maryland is sufficient to establish personal jurisdiction over Atlantic Union Conference but that is insufficient to establish personal jurisdiction over Atlantic Union Conference for the matters alleged in the complaint. Nor does the fact that AUC and Atlantic Union Conference use the

---

[1] Assuming that there was personal jurisdiction over defendants, plaintiff has conceded that her claim for defamation is time-barred.

1

Seventh-day Adventists trademark and logo sufficient to establish personal jurisdiction over them despite the fact that the trademark and logo are owned by the General Conference Corporation of Seventh-day Adventists which is registered and located in Maryland.

A separate order granting the motion to dismiss the amended complaint filed by AUC and Atlantic Union Conference is being entered herewith.


Date: 7/14/16

J. Frederick Motz
United States District Judge

2016 JUL 13 AM 11:39
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY
U.S. DISTRICT COURT
FILED

2