# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND (BALTIMORE)

| | |
|---|---|
| ERIEN L. FRAZIER,<br>    Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC; ATLANTIC UNION<br>CONFERENCE ASSOCIATION OF<br>SEVENTH-DAY ADVENTISTS; and<br>ATLANTIC UNION COLLEGE;<br>    Defendants. | CASE NO. 1:15-cv-03785-JFM |

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC

Plaintiff Erien L. Frazier, pro se, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Erien L. Frazier against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Erien L. Frazier and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _September 27, 2016_

JUDGE, United States District Court,
District of Maryland

DISTRIBUTION TO:

| **Pro Se Plaintiff**<br>Erien L. Frazier<br>P.O. Box 25<br>Hagerstown, MD 21740 | Robert J. Schuckit, Esq.<br>rschuckit@schuckitlaw.com |
|---|---|